## UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

U.S.A. vs. Rodney Terryanor Coleman                    Docket No. 4:05-CR-7-1H

### Petition for Action on Supervised Release

COMES NOW Matti Liebler, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rodney Terryanor Coleman, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 7, 2006, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant shall pay a $100 special assessment, a $2,000 fine, and $2,500 in restitution at a rate of $100 per month.

Rodney Terryanor Coleman was released from custody on November 29, 2013, at which time the term of supervised release commenced. A violation report was submitted on July 23, 2014 advising that the defendant has failed to comply with the court-ordered payment amount of $100 per month.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

When the defendant started supervised release on November 19, 2013, he was residing in a homeless shelter in the Raleigh area. His residence did not become stable until he moved in with his sister on February 25, 2014. He continued to search for employment and on June 16, 2014, he

Rodney Terryanor Coleman
Docket No. 4:05-CR-7-1H
Petition For Action
Page 2


secured a part-time job at Christopher's Restaurant in Kinston. The defendant owes $1,750.47 toward his $2,000 fine. His special assessment and restitution are paid in full. In consideration of the above, the probation officer respectfully recommends that the defendant's monthly payment amount be reduced from the originally imposed amount of $100.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant's fine balance of $1,750.47 shall be paid in monthly installments of $30 beginning August 15, 2014, and each month thereafter until the balance is paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Matti Liebler |
| Dwayne K. Benfield | Matti Liebler |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-347-9038 |
| | Executed On: July 29, 2014 |

### ORDER OF COURT

Considered and ordered this 29th day of July 2014, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge